# AGOSTINO & ASSOCIATES

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
THE BANK HOUSE
14 WASHINGTON PLACE
HACKENSACK, NEW JERSEY 07601

(201) 488-5400
FAX (201) 488-5855
WWW.AGOSTINOLAW.COM

September 18, 2024

<u>Via: ECF</u>

Honorable Naomi Reice Buchwald
Senior U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: United States of America v. Andreina Rosario
Case No. 0208 1:24CR00336-001 (NRB)
Our File No: 7677

Dear District Judge Buchwald:

This firm represents Defendant Andreina Rosario in the above-captioned matter. Defendant is currently required to submit a Sentencing Submission by Friday, September 20, 2024, with a Sentence Date set for October 8, 2024. Unfortunately, I have trial commitments throughout this week and the week of the sentencing. In addition, we require additional time to prepare the Defendant's Sentencing Submission.

After consulting with Assistant U.S. Attorney Elizabeth Daniels, Esq., she has consented to a two-week adjournment. Therefore, we respectfully request the Court to adjourn the Sentencing Submission deadline to October 4, 2024, and the Sentence Date to October 22, 2024. The Government's Sentencing Submission would then be due by October 11, 2024.

This is the Defendant's first adjournment request. We appreciate the Court's time and consideration of this matter.

Respectfully submitted,

/s/ Frank Agostino

Frank Agostino, Esq.

FA/sk
Cc: Elizabeth Daniels, Esq. (via ECF); BuchwaldNYSDChambers@nysd.uscourts.gov (via email)

*[Handwritten annotation: "Application granted. [signature] USDJ 9/19/24"]*