UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>ANDREINA ROSARIO,<br>    a/k/a "Andreina Herrera,"<br><br>Defendant. | **Consent<br>Order of Restitution**<br><br>**24 Cr. 336 (NRB)** |

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Lisa Daniels, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Counts One through Four of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Andreina Rosario, the defendant, shall pay restitution in the total amount of $190,968, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the Internal Revenue Service ("IRS") for the offenses charged in Counts One through Four.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant, including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due and payable immediately upon entry of judgment. While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). In the interest of justice, pursuant to 18 U.S.C. § 3572(d)(1) and (2), any unpaid amount remaining upon release from prison will be payable in installments of at least 20 percent of the defendant's gross income, payable on the first of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

### 3. Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write her name and the docket number of this case on each check or money order. The Clerk of Court shall disburse the defendant's restitution payments to:

> IRS-RACS
> Mail Stop 6261, Restitution
> 333 W Pershing Ave.
> Kansas City, MO 64108

### 4. Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation

Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall

continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

    By: _____      10/09/2024
    Lisa Daniels      DATE
    One Saint Andrew's Plaza
    New York, NY 10007
    Tel.: (212) 637-2955


    ANDREINA ROSARIO

    By: _____      10/22/2024
    ANDREINA ROSARIO      DATE

    By: _____      10/22/2024
    Frank Agostino, Esq.      DATE
    14 Washington Place
    Hackensack, New Jersey 07601


SO ORDERED:

_____      October 22, 2024
UNITED STATES DISTRICT JUDGE      DATE